RUDOLPH BETANCOURT,
    Plaintiff,

vs.

ANTONIO J. PINHO, MARIA A. PINHO,
and PINHO'S FOODS, INC. f/k/a PINHO'S
BAKERY, INC a/k/a PINHO'S BAKERY
OF FLORIDA, INC.,
    Defendant(s).

Case No: 24-cv-60141-AHS

## **NOTICE OF STRIKING NOTICE OF SETTLEMENT [DE #15]**

Undersigned counsel hereby files this Notice of Striking of Notice of Mediator

Selection and of Scheduling Mediation Conference [DE#15] in the above-styled matter

due to incorrect document upload.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
561) 800 0405
WassenbergL@gmail.com