RUDOLPH BETANCOURT,
     Plaintiff,

vs.

ANTONIO J. PINHO, MARIA A. PINHO,
and PINHO'S FOODS, INC. f/k/a PINHO'S
BAKERY, INC a/k/a PINHO'S BAKERY
OF FLORIDA, INC.,
     Defendant(s).

Case No: 24-cv-60141-AHS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, ANTONIO J. PINHO, MARIA A. PINHO, and PINHO'S FOODS, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

     Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

 s/ Kenneth L. Minerley
Kenneth L. Minerley (FBN: 521840)
   *Attorney for Defendants*
Email: Ken@minerleyfein.com
fileclerk@minerleyfein.com
Minerley Fein, P.A.
1200 North Federal Hwy, Suite 420
Boca Raton, FL 33432
561.362.6699