UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60141-CIV-SINGHAL

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

ANTONIO J. PINHO, MARIA A. PINHO,
An PINHO'S FOODS, INC., f/k/a PINHO'S
BAKERY, INC., a/k/a PINHO'S BAKERY OF
FLORIDA, INC., *et al.,*

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties. (DE [22]).  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** each party to bear its own attorney's fees and costs except as otherwise agreed in writing. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of April 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF